**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

MATTHEW J. CHANNON,

Plaintiff, 18-CV0596-SCY/KBM

v.

JEFF TAVANGAR, SHELLEY BACA,
JENNIFER IRELAND, ARMADA GROUP, INC.,
NATALIE GANN, and TP-LINK RESEARCH
AMERICA CORPORATION,

Defendants

**Armada Defendants' Response to Court's December 7 Order to Show Cause**

Armada Defendants do not oppose making the Motion publicly accessible. The Motion was inadvertently filed under seal.

Respectfully Submitted,

//s// Andrew B. Indahl //s//
Andrew Indahl
Altura Law Firm
500 Marquette Ave NW Suite 1200
Albuquerque NM 87102

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of December, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

**Matthew J Channon**
2604 Princeton Drive NE
Suite A
Albuquerque, NM 87107
(505) 369-6365
mchannon@hushmail.com
*(Plaintiff)*
PRO SE